IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL CLAUSEN, PEGGY CLAUSEN,<br><br>             Plaintiffs,<br><br>vs.<br><br>RESERVE NATIONAL INSURANCE COMPANY,<br><br>             Defendant. | **4:14CV3134**<br><br>**ORDER** |

IT IS ORDERED:

1) The plaintiffs' motion, (Filing No. 22), is granted as follows.

    a. The named plaintiff, Randall Clausen, is now the Estate of Randall Clausen, by and through Peggy J. Clausen, personal representative;

    b. The caption on all docket filings hereafter shall reflect this substitution of parties; and

    c. The clerk shall correct the court's docket accordingly.

2) The plaintiff's motion to continue, (Filing No. 23), is granted. The deposition, written discovery, and summary judgment deadlines are extended to July 1, 2015. The trial and pretrial conference scheduling will be discussed during the conference call scheduled to be held on May 12, 2015.

April 21, 2015.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge