## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PEGGY J. CLAUSEN, Personal Representative of the ESTATE OF RANDALL CLAUSEN, and PEGGY CLAUSEN, an individual, | Case No. 4:14cv3134 |
| Plaintiffs, | **MOTION TO DISMISS** |
| vs. | |
| RESERVE NATIONAL INSURANCE COMPANY, | |
| Defendant. | |

COMES NOW, Plaintiffs, and move for an Order of this Court dismissing the instant action, with prejudice. By agreement the Parties are responsible for their own costs.

Dated this 14th day of October, 2015.

                                RANDALL CLAUSEN and PEGGY CLAUSEN, Plaintiffs

                    BY: /s/ Raymond R. Aranza
                           Raymond R. Aranza, #18523
                           Kirk B. Thompson, #24988
                           MARKS CLARE & RICHARDS, LLC
                           11605 Miracle Hills Drive, Suite 300
                           Omaha, NE  68154
                           (402) 492-9800
                           raranza@mcrlawyers.com
                           kthompson@mcrlawyers.com
                           ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2015, I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system which sent notification of such filing to the following:

Terry R. Wittler, Esq.
CLINE WILLIAMS WRIGHT
 JOHNSON & OLDFATHER, LLP
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE  68508
twittler@clinewilliams.com

          /s/ Raymond R. Aranza
          Raymond R. Aranza #18523

N:\WDOX\CLIENTS\21305\000\PLEA\00151903.DOC