IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PEGGY CLAUSEN and ESTATE OF RANDALL CLAUSEN, by and through Peggy J. Clausen, personal representative, | ) ) ) ) | 4:14CV3134 |
| Plaintiffs, | ) ) | JUDGMENT |
| v. | ) ) ) | |
| RESERVE NATIONAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Plaintiffs' motion (filing 33) and Fed.R.Civ.P. 41(a),

IT IS ORDERED that this action is dismissed, with each party to pay their own costs.

DATED this 15th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-